(Official Form 1) (12/03) West Group, Rochester, NY

| FORM B1 | United States Bankruptcy Court<br>_NORTHERN_ District of _ILLINOIS_ | Voluntary Petition |
|---|---|---|

| Name of Debtor (If Individual, enter Last, First, Middle): | Name of Joint Debtor (Spouse)(Last, First, Middle): |
|---|---|
| **LARSON, BARBARA E.** | **LARSON, JAMES M.** |
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>**NONE** | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>**NONE** |
| Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No.<br>(if more than one, state all)**XXX-XX-1836** | Last four digits of Soc. Sec. No./Compete EIN or other Tax I.D. No.<br>(If more than one, state all)**XXX-XX-1680** |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**23761 W. LAKE VISTA AVE.**<br>**ANTIOCH IL 60002** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>**23761 W. LAKE VISTA AVE.**<br>**ANTIOCH IL 60002** |
| County of Residence or of the<br>Principal Place of Business: **LAKE** | County of Residence or of the<br>Principal Place of Business: **LAKE** |
| Mailing Address of Debtor (if different from street address):<br>**SAME** | Mailing Address of Joint Debtor (if different from street address):<br>**SAME** |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): **NOT APPLICABLE** | |

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | | **Chapter or Section of Bankruptcy Code Under Which<br>the Petition is Filed** (Check one box) | | |
|---|---|---|---|---|
| ☒ Individual(s) | ☐ Railroad | ☒ Chapter 7 | ☐ Chapter 11 | ☐ Chapter 13 |
| ☐ Corporation | ☐ Stockbroker | ☐ Chapter 9 | ☐ Chapter 12 | |
| ☐ Partnership | ☐ Commodity Broker | ☐ Sec. 304 - Case ancillary to foreign proceeding | | |
| ☐ Other _____ | ☐ Clearing Bank | | | |

| **Nature of Debts** (Check one box) | **Filing Fee** (Check one box) |
|---|---|
| ☒ Consumer/Non-Business  ☐ Business | ☒ Full Filing Fee attached |

| **Chapter 11 Small Business** (Check all boxes that apply) | ☐ Filing Fee to be paid in installments (Applicable to individuals only)<br>Must attach signed application for the court's consideration |
|---|---|
| ☐ Debtor is a small business as defined in 11 U.S.C. § 101 | certifying that the debtor is unable to pay fee except in installments. |
| ☐ Debtor is and elects to be considered a small business under<br>11 U.S.C. § 1121(e) (Optional) | Rule 1006(b). See Official Form No. 3. |

| Statistical/Administrative Information (Estimates only) | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☒ Debtor estimates that funds will be available for distribution to unsecured creditors.<br><br>☐ Debtor estimates that, after any exempt property is excluded and adm<br>paid, there will be no funds available for distribution to unsecured cred | |

Estimated Number of Creditors

| | 1-15 | 16-49 | 50-99 | 100-199 |
|---|---|---|---|---|
| | ☐ | ☐ | ☒ | ☐ |

Estimated Assets

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 t<br>$50 million |
|---|---|---|---|---|---|
| ☐ | ☐ | ☒ | ☐ | ☐ | ☐ |

Estimated Debts

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million |
|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☒ | ☐ | ☐ |

U.S. Bankruptcy Court
Northern District Of Illinois
Filed: 12/09/2003
Time: 10:32:50
Debtor: BARBARA E LARSON      Fee : 209
Case: 03-49533
Chapter: 7 Rec. # : 3050225
Judge: A Benjamin Goldgar
341 mtg: 01/23/2004 @ 01:30PM
Trustee: ILENE GOLDSTEIN

1:03BK49533-BK001

(Official Form 1) (12/03) West Group, Rochester, NY

| **Voluntary Petition** (This page must be completed and filed in every case) | **Name of Debtor(s):** LARSON, BARBARA AND JAMES and LARSON, JAMES M. | **FORM B1, Page 2** |
|---|---|---|

| **Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet) | | |
|---|---|---|
| Location Where Filed: NONE | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: NONE | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X /s/ LARSON, BARBARA AND JAMES
  Signature of Debtor

X /s/ LARSON, JAMES M.
  Signature of Joint Debtor

Telephone Number (if not represented by attorney)

12/8/03
Date

**Signature of Attorney**

X /s/ MICHAEL R. RICHMOND
  Signature of Attorney for Debtor(s)

MICHAEL R. RICHMOND 3124632
Printed Name of Attorney for Debtor(s)

HELLER & RICHMOND, LTD.
Firm Name

33 NORTH DEARBORN STREET
Address

SUITE 1600

CHICAGO IL 60602

(312) 781-6700     12/8/03
Telephone Number        Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
  Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

12/8/03
Date

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under Chapter 11)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X /s/ MICHAEL R. RICHMOND   12/8/03
  Signature of Attorney for Debtor(s)   Date

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health and safety?

☐ Yes, and exhibit C is attached and made a part of this petition.

☒ No

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

Printed Name of Bankruptcy Petition Preparer

Social Security Number

Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
  Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.

Rule 2016(b) (8/91) West Group, Rochester, NY

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re  *LARSON, BARBARA AND JAMES*
    *and*                                       Case No.
*LARSON, JAMES M.*                                    Chapter  **7**

_____ / Debtor

Attorney for Debtor:  *MICHAEL R. RICHMOND*

## STATEMENT PURSUANT TO RULE 2016(B)

The undersigned, pursuant to Rule 2016(b), Bankruptcy Rules, states that:

1. The undersigned is the attorney for the debtor(s) in this case.

2. The compensation paid or agreed to be paid by the debtor(s), to the undersigned is:
   a) For legal services rendered or to be rendered in contemplation of and in connection with this case . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____**2,000.00**
   b) Prior to the filing of this statement, debtor(s) have paid . . . . . . . . . . . . $_____**2,000.00**
   c) The unpaid balance due and payable is . . . . . . . . . . . . . . . . . . . . . . $_____**0.00**

3. $_____**209.00**_____ of the filing fee in this case has been paid.

4. The Services rendered or to be rendered include the following:
   a) Analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to file a petition under title 11 of the United States Code.
   b) Preparation and filing of the petition, schedules, statement of financial affairs and other documents required by the court.
   c) Representation of the debtor(s) at the meeting of creditors.

5. The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for services performed, and
   *None other*

6. The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will be from earnings, wages and compensation for services performed, and
   *None other*

7. The undersigned has received no transfer, assignment or pledge of property from debtor(s) except the following for the value stated:
   *None*

8. The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's law firm, any compensation paid or to be paid except as follows:
   *None*

Dated: *12/8/03*                    Respectfully submitted,

              X */s/ MICHAEL R. RICHMOND*
Attorney for Petitioner: *MICHAEL R. RICHMOND*
                    *HELLER & RICHMOND, LTD.*
                    *33 NORTH DEARBORN STREET*
                    *SUITE 1600*
                    *CHICAGO IL  60602*

Form B 201 (11/03) West Group, Rochester, NY

# UNITED STATES BANKRUPTCY COURT
## NOTICE TO INDIVIDUAL CONSUMER DEBTOR

The purpose of this notice is to acquaint you with the four chapters of the federal Bankruptcy Code under which you may file a bankruptcy petition. The bankruptcy law is complicated and not easily described. Therefore, you should seek the advice of an attorney to learn of your rights and responsibilities under the law should you decide to file a petition with the court. Court employees are prohibited from giving you legal advice.

### Chapter 7: Liquidation ($170 filing fee plus $39 administrative fee plus $15 trustee surcharge)

1.    Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts.

2.    Under chapter 7 a trustee takes possession of all your property. You may claim certain of your property as exempt under governing law. The trustee then liquidates the property and uses the proceeds to pay your creditors according to priorities of the Bankruptcy Code.

3.    The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, your discharge may be denied by the court, and the purpose for which you filed the bankruptcy petition will be defeated.

4.    Even if you receive a discharge, there are some debts that are not discharged under the law. Therefore, you may still be responsible for such debts as certain taxes and student loans, alimony and support payments, criminal restitution, and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs.

5.    Under certain circumstances you may keep property that you have purchased subject to valid security interest. Your attorney can expain the options that are available to you.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($155 filing fee plus $39 administrative fee)

1.    Chapter 13 is designed for individuals with regular income who are temporarily unable to pay their debts but would like to pay them in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2.    Under chapter 13 you must file a plan with the court to repay your creditors all or part of the money that you owe them, using your future earnings. Usually, the period allowed by the court to repay your debts is three years, but no more than five years. Your plan must be approved by the court before it can take effect.

3.    Under chapter 13, unlike chapter 7, you may keep all your property, both exempt and non-exempt, as long as you continue to make payments under the plan.

4.    After completion of payments under the plan, your debts are discharged except alimony and support payments, student loans, certain debts including criminal fines and restitution and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs, and long term secured obligations.

### Chapter 11: Reorganization ($800 filing fee plus $39 administrative fee)

Chapter 11 is designed primarily for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family farmer ($200 filing fee plus $39 administrative fee)

Chapter 12 is designed to permit family farmers to repay their debts over a period of time from future earnings and is in many ways similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm.

---

I, the debtor, affirm that I have read this notice.

| | |
|---|---|
| *12/8/03* | /s/LARSON, BARBARA AND JAMES |
| Date | Signature of Debtor |
| *12/8/03* | /s/LARSON, JAMES M. |
| Date | Signature of Joint Debtor |

Case Number

DEBTOR COPY      COURT COPY
(circle one)

FORM B6A (6/90) West Group, Rochester, NY

In re _LARSON, BARBARA AND JAMES and LARSON, JAMES M._____ / Debtor    Case No._____

(if known)

# SCHEDULE A-REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C-Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H Wife--W Joint--J Community--C | Current Market Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| _HOME AT 23761 LAKE VISTA AVE ANTIOCH, IL_ | _Fee Simple_ | J | $ 200,000.00 | $ 200,000.00 |

No continuation sheets attached

**TOTAL $** 200,000.00
(Report also on Summary of Schedules.)

FORM B6B (10/89) West Group, Rochester, NY

In re **LARSON, BARBARA AND JAMES and LARSON, JAMES M.** _____ / Debtor    Case No. _____

(if known)

## SCHEDULE B-PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C-Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases. If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Market Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | *CONSUMER COOP CREDIT UNION CHECKING ACCOUNT* Location: In debtor's possession | J | $ 58.00 |
| | | *MISC HOUSEHOLD GOODS* Location: In debtor's possession | J | $ 2,500.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | *MISC ITEMS* Location: In debtor's possession | J | $ 500.00 |
| 6. Wearing apparel. | | *MISC JEWLERY* Location: In debtor's possession | J | $ 500.00 |
| | | *NECESSARY CLOTHING* Location: In debtor's possession | J | $ 2,000.00 |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | | *4 GUNS* Location: In debtor's possession | J | $ 800.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |

Page   1   of   3

FORM B6B (10/89) West Group, Rochester, NY

In re **LARSON, BARBARA AND JAMES and LARSON, JAMES M.**_____ / Debtor      Case No. _____

(if known)

## SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Market Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | | 1000 SHARES LAKE COUNTY LIGHTING GALLERY, INC. Location: In debtor's possession | J | Unknown |
| | | UNION PENSION Location: In debtor's possession | J | Unknown |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 15. Accounts Receivable. | X | | | |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers and other vehicles. | | 1979 CHEVY CAPRICE Location: In debtor's possession | J | $ 500.00 |
| | | 1987 GMC VAN Location: In debtor's possession | J | $ 200.00 |

FORM B6B (10/89) West Group, Rochester, NY

In re *LARSON, BARBARA AND JAMES and LARSON, JAMES M.* _____ / Debtor    Case No. _____
(if known)

## SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | None | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Market Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | *1991 PONTIAC BONNEVILLE* Location: In debtor's possession | J | $ 2,000.00 |
| | | *1999 MAZDA 626 WITH 136,000 MILES* Location: In debtor's possession | J | $ 2,000.00 |
| 24. Boats, motors, and accessories. | | *1977 STARCRAFT FISHING BOAT* Location: In debtor's possession | J | $ 500.00 |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | X | | | |
| 27. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 28. Inventory. | X | | | |
| 29. Animals. | X | | | |
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. Itemize. | X | | | |

Page  3  of  3

Total ➡     $ 11,558.00

(Report total also on Summary of Schedules.)
Include amounts from any continuation sheets attached.

FORM B6C (6/90) West Group, Rochester, NY

In re LARSON, BARBARA AND JAMES and LARSON, JAMES M.        / Debtor      Case No. _____
                                                                                              (if known)

# SCHEDULE C-PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:

(Check one box)

☐ 11 U.S.C. § 522(b) (1):   Exemptions provided in 11 U.S.C. § 522(d). Note: These exemptions are available only in certain states.

☒ 11 U.S.C. § 522(b) (2):   Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| Description of Property | Specify Law Providing each Exemption | Value of Claimed Exemption | Current Market Value of Property Without Deducting Exemptions |
|---|---|---|---|
| HOME AT 23761 LAKE VISTA AVE ANTIOCH, IL | 735 ILCS 5/12-901 | $ 0.00 | $ 200,000.00 |
| CONSUMER COOP CREDIT UNION | 735 ILCS 5/12-1001(b) | $ 58.00 | $ 58.00 |
| MISC HOUSEHOLD GOODS | 735 ILCS 5/12-1001(b) | $ 2,500.00 | $ 2,500.00 |
| MISC ITEMS | 735 ILCS 5/12-1001(b) | $ 500.00 | $ 500.00 |
| 4 GUNS | 735 ILCS 5/12-1001(b) | $ 800.00 | $ 800.00 |
| UNION PENSION | 735 ILCS 5/12-1006 | $ 0.00 | Unknown |
| 1979 CHEVY CAPRICE | 735 ILCS 5/12-1001(c) | $ 400.00 | $ 500.00 |
| 1991 PONTIAC BONNEVILLE | 735 ILCS 5/12-1001(c) | $ 2,000.00 | $ 2,000.00 |

FORM B6D (12/03) West Group, Rochester, NY

In re *LARSON, BARBARA AND JAMES and LARSON, JAMES M.* / Debtor     Case No. _____
                                                                                    (if known)

# SCHEDULE D-CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column marked "Codebtor," include the entity on the appropriate schedule of creditors and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address Including Zip Code | Codebtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien H–Husband W–Wife J–Joint C–Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If any |
|---|---|---|---|---|---|---|---|
| Account No: **2192** <br> **Creditor # : 1** <br> **CITIFINANCIAL MORTGAGE COMPANY** <br> **21044-3561** <br> **IRVING TX 75062** | J | **2ND MORTGAGE** <br><br><br> Value: **$ 200,000.00** | | | | **$ 52,288.00** | **$ 15,288.00** |
| Account No: **2510** <br> **Creditor # : 2** <br> **COLUMBIA NATIONAL MORTG CO** <br> **10440 LITTLE PATUXENT PARKWAY** <br> **P.O. BOX 905** <br> **COLUMBIA MO 21044** | J | **Mortgage** <br><br><br> Value: **$ 200,000.00** | | | | **$ 163,000.00** | **$ 0.00** |
| Account No: <br> **Representing:** <br> **COLUMBIA NATIONAL MORTG CO** | | **CODILIS & ASSOCIATES P.C.** <br> **7955 S. CASS AVE.** <br> **#114** <br> **DARIEN IL 60561** <br> Value: | | | | | |
| Account No: **0609** <br> **Creditor # : 3** <br> **Mazda American Credit** <br> **Dept. 5560701** <br> **P.O. Box 55000** <br> **Detroit MI 48255-0607** | J | **AUTO LOAN** <br><br><br> Value: **$ 2,000.00** | | | | **$ 4,017.00** | **$ 2,017.00** |

No continuation sheets attached

Subtotal $    **219,305.00**
(Total of this page)

Total $    **219,305.00**
(Use only on last page. Report total also on Summary of Schedules)

FORM B6E (12/03) West Group, Rochester, NY

In re __LARSON, BARBARA AND JAMES and LARSON, JAMES M._____ / Debtor    Case No._____
                                                                                      (if known)

# SCHEDULE E-CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name and mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☒ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,650* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business; whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $4,650* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**
Claims of individuals up to $2,100* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐ **Alimony, Maintenance or Support**
Claims of a spouse, former spouse, or child of the debtor, for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, custom duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an insured Depository Institution**
Claims based on commitments to FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

*Amounts are subject to adjustment on April 1, 2004, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

No continuation sheets attached

FORM B6F (12/03) West Group, Rochester, NY

In re  **LARSON, BARBARA AND JAMES and LARSON, JAMES M.**              / Debtor          Case No._____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H—Husband W—Wife J—Joint C—Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:<br>**Creditor # : 1**<br>**ALBERT WESSBERG**<br>**670 PARK DRIVE**<br>**BARRINGTON IL 60010** | J | **judgment** | | | | $ 33,000.00 |
| Account No:<br>**Representing:**<br>**ALBERT WESSBERG** | | **JAMES C. SIEBERT**<br>**3325 N. ARLINGTON HEIGHTS ROAD**<br>**#500**<br>**ARLINGTON HEIGHT IL 60004** | | | | |
| Account No:   **7762**<br>**Creditor # : 2**<br>**AMERICAN GENERAL FINANCE**<br>**969 S. ELMHURST RD**<br>**UNIT B**<br>**DES PLAINES IL 60016-5606** | J | **AMOUNT PAST DUE** | | | | $ 3,465.00 |
| Account No:   **4635**<br>**Creditor # : 3**<br>**American Recovery Systems**<br>**HARRIS PUBLISHING**<br>**8501 W. HIGGINGS RD.Suite 780**<br>**Chicago IL 60631** | J | **COLLECTION ACCOUNT** | | | | $ 96.91 |

**_15_** continuation sheets attached

Subtotal $        36,561.91
(Total of this page)

Total $        _____
(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re LARSON, BARBARA AND JAMES and LARSON, JAMES M. _____ / Debtor   Case No._____
(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including Zip Code | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H-Husband W-Wife J-Joint C-Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:  1071<br>Creditor # : 4<br>AMEX | J | CREDIT CARD | | | | $ 3.00 |
| Account No:  4299<br>Creditor # : 5<br>AT&T BROADBAND<br>4501 W. IRVING PARK ROAD<br>CHICAGO IL 60641 | J | telephone bill | | | | $ 166.00 |
| Account No:<br>Creditor # : 6<br>BARBARA CRAIG<br>10 HAWLEY CT.<br>GRAYSLAKE IL 60030 | J | | | | | $ 200.56 |
| Account No:<br>Creditor # : 7<br>BARBARA DEVLIN<br>670 PARK DRIVE<br>BARRINGTON IL 60010 | J | judgment | | | | $ 33,000.00 |
| Account No:<br>Representing:<br>BARBARA DEVLIN | | JAMES C. SIEBERT<br>3325 N. ARLINGTON HEIGHTS ROAD<br>#500<br>ARLINGTON HEIGHT IL 60004 | | | | |
| Account No:  9131<br>Creditor # : 8<br>BLESSINGS HOSPITAL<br>P.O. BOX 7005<br>QUINCY IL 62305 | J | HOSPITAL BILLS | | | | $ 109.00 |

Sheet No.  1  of   15  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $<br>(Total of this page)    33,478.56

Total $<br>(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re LARSON, BARBARA AND JAMES and LARSON, JAMES M._____ / Debtor      Case No._____
                                                                                                    (If known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including Zip Code | C o d e b t o r | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H—Husband W—Wife J—Joint C—Community | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 9 <br> BOB RUSH <br> 129 MONUMENT AVE. <br> BARRINGTON IL 60010 | J | CREDITOR | | | | $ 193.05 |
| Account No:  5914 <br> Creditor # : 10 <br> CENTEGRA PRIMARY CARE <br> ACC BLDG <br> 919 ESTES COURT <br> SCHAUMBURG IL 60193-4427 | J | COLLECTION ACCOUNT | | | | $ 115.00 |
| Account No:  4244 <br> Creditor # : 11 <br> LMG FAMILY DOCTORS <br> 2322 N. GREEN BAY RD. <br> WAUKEGAN IL 60087-4209 | J | COLLECTION ACCOUNT | | | | $ 155.00 |
| Account No:  2199 <br> Creditor # : 12 <br> LAKELAND SEPTIC SERVICES <br> P.O. BOX 1777 <br> WAUKEGAN IL 60079 | J | BILL FOR SERVICES | | | | $ 200.00 |
| Account No:  2248 <br> Creditor # : 13 <br> North SUBURBAN ENDODONTICS <br> P.O. BOX 177 <br> WAUKEGAN IL  60079-017 | J | COLLECTION ACCOUNT | | | | $ 64.00 |
| Account No:  9482 <br> Creditor # : 14 <br> AMERICAN FAMILY INSURANCE <br> TWO WELLS AVE <br> NEWTON  MA 02459 | J | COLLECTION ACCOUNT | | | | $ 51.00 |

Sheet No.  2  of  15  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ (Total of this page)     778.05

Total $ (Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re _LARSON, BARBARA AND JAMES and LARSON, JAMES M._____ / Debtor       Case No._____

(If known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including Zip Code | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:   3361<br>Creditor # : 15<br>CAPITAL ONE SERVICES<br>P.O. BOX 85147<br>RICHMOND VA 23276 | J | CREDIT CARD | | | | $ 1,000.00 |
| Account No:<br>Creditor # : 16<br>CHARIS WILCOX<br>7414 BITTERSWEET DR.<br>GURNEE IL 60031 | J | CREDITOR | | | | $ 410.00 |
| Account No:<br>Creditor # : 17<br>CHARLOTTE ZIMMERMAN<br>511 SANDY LANE<br>LIBERTYVILLE IL 60048 | J | CREDITOR | | | | $ 150.69 |
| Account No:<br>Creditor # : 18<br>CHARLOTTE ZIMMERMAN<br>511 SANDY LANE<br>LIBERTYVILLE IL 60048 | J | CREDITOR | | | | $ 150.69 |
| Account No:<br>Creditor # : 19<br>CHRIS STEIN<br>817 BEDFORD LN<br>LIBERTYVILLE IL 60048 | J | | | | | $ 319.61 |
| Account No:<br>Creditor # : 20<br>CHRISTINE CARR | J | | | | | $ 61.13 |

Sheet No.   3   of   15   continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   2,092.12
(Total of this page)

Total $
(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re __LARSON, BARBARA AND JAMES and LARSON, JAMES M.___ / Debtor       Case No._____

                                                                                                    (if known)

## SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H—Husband W—Wife J—Joint C—Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:   4027<br>Creditor # : 21<br>CITI CARD<br>P.O. BOX 6409<br>THE LAKES NV 88901 | J | CREDIT CARD | | | | $ 8,000.00 |
| Account No:   7074<br>Creditor # : 22<br>CITIBANK<br>P.O. BOX 6500<br>SIOUX FALLS SD 57117-6500 | J | CREDIT CARD | | | | $ 7,957.00 |
| Account No:<br>Creditor # : 23<br>CLAUDE KOSZTA<br>23033 SCHWARMAN RD.<br>MUNDELEIN IL 60060 | J | CREDITOR | | | | $ 300.00 |
| Account No:   4784<br>Creditor # : 24<br>ColleTTI PHYSICAL THERAPY<br>543 ORCHARD ST.<br>ANTIOCH IL 60002 | J | DOCTORS BILLS | | | | $ 302.00 |
| Account No:   9482<br>Creditor # : 25<br>AMERICAN FAMILY INSURANCE<br>TWO WELLS AVE<br>NEWTON MA 02459 | J | COLLECTION ACCOUNT | | | | $ 51.00 |
| Account No:<br>Creditor # : 26<br>CURT AEMISEGGER<br>217 PINEHURST RD.<br>MUNDELEIN IL 60068 | J | | | | | $ 96.47 |

Sheet No.   4   of   15   continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ (Total of this page)                                        16,706.47
Total $ (Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re _LARSON, BARBARA AND JAMES and LARSON, JAMES M._____ / Debtor    Case No._____

                                                                              (if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including Zip Code | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: Creditor # : 27 DALE & LAURA TEBBE 749 AURUBURN LINDENHURST IL 60046 | J | | | | | $ 584.30 |
| Account No: Creditor # : 28 DAN KIPKER 219 WOODLAWN DRV. MUNDELEIN IL 60010 | J | | | | | $ 361.14 |
| Account No: Creditor # : 29 ELEANOR LARSON 1380 PAULY DR. GURNEE, IL 60035 | J | PERSONAL LOAN | | | | $ 70,000.00 |
| Account No: Creditor # : 30 EVAN NOSEK 340 S. MADISON AVE LAGRANGE IL 60525 | J | PERSONAL LOAN | | | | $ 40,000.00 |
| Account No: Creditor # : 31 FRANK FURCH 26884 N. MAPLE MUNDELEIN IL 60060 | J | CREDITOR | | | | $ 104.40 |
| Account No: Creditor # : 32 HAROLD ANAGNOS 4613 FOREST WAY LONG GROVE IL 60068 | J | | | | | $ 118.92 |

Sheet No. _5_ of _15_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ (Total of this page)    111,168.76

Total $ (Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re LARSON, BARBARA AND JAMES and LARSON, JAMES M. _____ / Debtor    Case No._____
                                                                                                    (if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Code Debtor | Date Claim was incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H–Husband W–Wife J–Joint C–Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:  4873 | J | COLLECTION ACCOUNT | | | | $ 7,671.00 |
| Creditor # : 33 HOUSEHOLD FINANCE N C B MANAGEMENT SERVICES, INC P.O. BOX 1878 CAROL STREAM IL 60128-0001 | | | | | | |
| Account No: | | NCB MANAGEMENT SERVIES INC. P.O. BOX 1099 LONGHORN PA 19047-9109 | | | | |
| Representing: HOUSEHOLD FINANCE | | | | | | |
| Account No:  4542 | J | DOCTORS BILLS | | | | $ 38.00 |
| Creditor # : 34 ILL. BONE & JOINT CENTER FOR O 135 S. LASALLE DPT 1052 CHICAGO IL 60674-1052 | | | | | | |
| Account No: | J | | | | | $ 246.68 |
| Creditor # : 35 JAMES GARRISON 145 S. MIDLAND MUNDELEIN  IL 60060 | | | | | | |
| Account No: | J | | | | | $ 650.00 |
| Creditor # : 36 JAMES LEFAVE 4145 RFD LONG GROVE IL 60047 | | | | | | |
| Account No: | J | CREDITOR | | | | $ 61.13 |
| Creditor # : 37 JEANINE MURRAY 839 WARWICK LAKE ZURICH IL 60047 | | | | | | |

Sheet No.  6  of  15  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    8,666.81
(Total of this page)
Total $
(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re LARSON, BARBARA AND JAMES and LARSON, JAMES M.    / Debtor    Case No._____
                                                                              (if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including Zip Code | Codebtor H—Husband W—Wife J—Joint C—Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:<br>**Creditor # : 38**<br>**JEFF DEFREESE**<br>**1407 STEVENSON DR.**<br>**LIBERTYVILLE IL 60048** | J | | | | | $ 650.00 |
| Account No:<br>**Creditor # : 39**<br>**JIM ELLIS**<br>**2147 SILVER LINDEN LN**<br>**BUFFALO GROVE IL 60089** | J | *CREDITOR* | | | | $ 117.98 |
| Account No:<br>**Creditor # : 40**<br>**JODY DEACETIS**<br>**157 KINGHTS BRIDGE DR.**<br>**MANDELEIN IL 60060** | J | | | | | $ 229.80 |
| Account No:<br>**Creditor # : 41**<br>**JOHN & PAT HALVORSEN**<br>**39535 DILLYS RD.**<br>**WADSWORTH IL 60083** | J | *PERSONAL LOAN* | | | | $ 1,018.00 |
| Account No:<br>**Creditor # : 42**<br>**KAREN MCNAMEE**<br>**128 S. MICHAEL AVE**<br>**MANDELEIN IL 60060** | J | *CREDITOR* | | | | $ 200.00 |
| Account No:<br>**Creditor # : 43**<br>**KAREN MCNAMEE**<br>**128 S. MICHAEL AVE.**<br>**MUNDELEIN IL 60060** | J | *CREDITOR* | | | | $ 200.00 |

Sheet No. __7__ of __15__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ (Total of this page) | 2,415.78
Total $ (Report total also on Summary of Schedules) |

FORM B6F (12/03) West Group, Rochester, NY

In re LARSON, BARBARA AND JAMES and LARSON, JAMES M. _____ / Debtor      Case No._____
(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including Zip Code | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H—Husband W—Wife J—Joint C—Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:<br>**Creditor # : 44**<br>**KATIE RINGER**<br>**845 SUMMIT CT**<br>**LAKE VILLAGE IL 60046** | J | CREDITOR | | | | $ 293.87 |
| Account No:<br>**Creditor # : 45**<br>**KEVIN L. STRING CO.**<br>**P.O. BOX 221406**<br>**CLEVELAND OH 44122** | J | COLLECTION ACCOUNT | | | | $ 69.00 |
| Account No:<br>**Creditor # : 46**<br>**KIRPATRICK & DAHL PC**<br>**360 LAKE STREET**<br>**ANTIOCH IL 60002** | J | AMOUNT PAST DUE | | | | $ 638.00 |
| Account No:<br>**Creditor # : 47**<br>**KOHL'S**<br>**P.O. BOX 2983**<br>**MILWAUKEE WI 53201-2983** | J | AMOUNT PAST DUE | | | | $ 400.00 |
| Account No:   1311<br>**Creditor # : 48**<br>**LADCO LEASING**<br>**555 ST. CHARLES DR.**<br>**SUITE 200**<br>**THOUSAND OAKS CA 60000** | J | AMOUNT PAST DUE | | | | $ 459.00 |
| Account No:<br>**Creditor # : 49**<br>**LAURA MARVELL**<br>**321 AMBRIA DR.**<br>**MUNDELEIN IL 60060** | J | | | | | $ 49.28 |

Sheet No.  8  of  15  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ (Total of this page)       1,909.15

Total $ (Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re _LARSON, BARBARA AND JAMES and LARSON, JAMES M._____ / Debtor      Case No. _____
                                                                                    (If known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | | | | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Amount of Claim |
|---|---|---|---|---|---|---|---|---|---|
| Account No: <br> **Creditor # : 50** <br> *MADONA J. HEINZ* <br> *555 CRYSTAL PLACE* <br> *GURNEE IL 60031* | J | | | | | | | | $ 397.58 |
| Account No: <br> **Creditor # : 51** <br> *MAGGY MASTERSON* <br> *421 E. MAPLE* <br> *MUNDELEIN  IL 60060* | J | | | | | | | | $ 196.27 |
| Account No: <br> **Creditor # : 52** <br> *MARY HAAS* <br> *285 BINGHAM CIRCLE* <br> *MUNDELEIN  IL 60010* | J | | | | | | | | $ 80.00 |
| Account No:  8605 <br> **Creditor # : 53** <br> *MCI WORLD COM* <br> *P.O. 4600* <br> *IOWA CITY IO 52244-4600* | J | *AMOUNT PAST DUE* | | | | | | | $ 400.00 |
| Account No: <br> **Creditor # : 54** <br> *MITCHELL HESTER* <br> *2306 YEOMAN* <br> *WAUKEGAN IL 60087-4209* | J | *CREDITOR* | | | | | | | $ 521.15 |
| Account No: <br> **Creditor # : 55** <br> *MUNDELIEN CURRENCY EXCHANGE, I* <br> *366 TOWN LINE RD* <br> *MUNDELEIN  IL 60060* | J | *judgment* | | | | | | | $ 6,000.00 |

Sheet No. _9_ of ___15_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $      7,595.00
(Total of this page)
Total $
(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re LARSON, BARBARA AND JAMES and LARSON, JAMES M. _____ / Debtor    Case No. _____

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H—Husband W—Wife J—Joint C—Community | c o n t i n g e n t | u n l i q u i d a t e d | D i s p u t e d | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:<br>*Representing:*<br>*MUNDELIEN CURRENCY EXCHANGE, I* | | *DAVID J. AXELROD & ASSOCIATES*<br>*1448 OLD SKOKIE RD.*<br>*HIGHLAND  PARK IL 60035* | | | | |
| Account No:  *8732*<br>*Creditor # : 56*<br>*OPEX COMMUNICATIONS*<br>*P.O. BOX 94030*<br>*PALANTINE IL 60094-4030* | *J* | *AMOUNT PAST DUE* | | | | $ 135.00 |
| Account No:<br>*Creditor # : 57*<br>*PaM SNELL & TRAVEIRNE*<br>*21 ROLLINS RD.*<br>*FOX LAKE IL 60020* | *J* | *AMOUNT PAST DUE* | | | | $ 1,800.00 |
| Account No:<br>*Creditor # : 58*<br>*QUORUM INTERNATIONAL*<br>*P.O. BOX 961008*<br>*FORT WORTH TEXAS 76106* | *J* | *AMOUNT PAST DUE* | | | | $ 10,000.00 |
| Account No:<br>*Creditor # : 59*<br>*REALTY WORLD TIFFANY REAL EST.*<br>*549 LAKE ST.*<br>*ANTIOCH IL 60002* | *J* | *AMOUNT PAST DUE* | | | | $ 3,000.00 |
| Account No:<br>*Creditor # : 60*<br>*Robert B. MILLER*<br>*1308 CANTEBURY CIRCLE*<br>*LIBERTYVILLE IL 60048* | *J* | | | | | $ 279.71 |

Sheet No.  10  of  ___ 15 continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $
(Total of this page)  15,214.71

Total $
(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re LARSON, BARBARA AND JAMES and LARSON, JAMES M. / Debtor    Case No. _____
                                                                          (if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| | | H–Husband W–Wife J–Joint C–Community | | | | |
| Account No: <br> Creditor # : 61 <br> Robert BERG <br> 39188 N. CEDAR CREST DR. <br> LAKE VILLAGE IL 60064 | J | | | | | $ 1,046.73 |
| Account No: <br> Creditor # : 62 <br> SALLIE MAE <br> PO BOX 309 <br> LAWRENCE KS 66044-0309 | J | Student Loan | | | | $ 12,587.00 |
| Account No: <br> Creditor # : 63 <br> SANDRA GRUBER <br> 640 E. STARK DR. <br> PALANTINE IL 60074 | J | | | | | $ 128.65 |
| Account No: <br> Creditor # : 64 <br> SANDRA WOLF | J | | | | | $ 65.24 |
| Account No:   9354 <br> Creditor # : 65 <br> SEARS <br> BANKRUPTCY MNGMT SERVICES <br> P.O. BOX 3671 <br> DES MOINES IA 50322 | J | CREDIT CARD | | | | $ 3,739.00 |
| Account No:   4306 <br> Creditor # : 66 <br> SEARS <br> BANKRUPTCY MNGMT SERVICES <br> P.O. BOX 3671 <br> DES MOINES IA 50322 | J | COLLECTION ACCOUNT | | | | $ 400.00 |

Sheet No. 11 of 15 continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ (Total of this page)    17,966.62

Total $ (Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re LARSON, BARBARA AND JAMES and LARSON, JAMES M. ____ / Debtor   Case No._____
(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | Date Claim was incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H—Husband W—Wife J—Joint C—Community | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: <br> Representing: <br> SEARS | | MRS ASSOCIATES <br> 3 EXECUTIVE CAMPUS <br> SUITE 400 <br> CHERRY HILL NJ 08002 | | | | |
| Account No:    4306 <br> Creditor # : 67 <br> SEARS <br> BANKRUPTCY MNGMT SERVICES <br> P.O. BOX 3671 <br> DES MOINES IA 50322 | J | COLLECTION ACCOUNT | | | | $ 4,354.00 |
| Account No: <br> Representing: <br> SEARS | | SHERMAN ACQUISITIONS <br> 9700 DISSONNET <br> SUTIE 2000 <br> HOUSTON TX 77036 | | | | |
| Account No:    2199 <br> Creditor # : 68 <br> SerTIFIED SERVICES INC. <br> LAKELAND SEPTIC SERVICES <br> P.O. BOX 1777 <br> WAUKEGAN IL 60079 | J | AMOUNT PAST DUE | | | | $ 200.00 |
| Account No: <br> Creditor # : 69 <br> SHARON WISNIEWSKI | J | CREDITOR | | | | $ 128.70 |
| Account No: <br> Creditor # : 70 <br> SHARON WISNIEWSKI | J | | | | | $ 128.70 |

Sheet No. 12 of 15 continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ (Total of this page)    4,811.40

Total $ (Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re _LARSON, BARBARA AND JAMES and LARSON, JAMES M._____ / Debtor          Case No._____
                                                                                                    (if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including Zip Code | Code debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: **5218**<br>Creditor # : 71<br>SIU PHYSICIANS<br>P.O. BOX 19651<br>SPRINGFIELD IL 62794-9561 | J | DOCTORS BILLS | | | | $ 500.00 |
| Account No:<br>Creditor # : 72<br>ST. MARY OF NAZARETH<br>HOSPITAL CENTER<br>2233 W. DIVISION ST.<br>CHICAGO IL 60622 | J | HOSPITAL BILLS | | | | Unknown |
| Account No:<br>Creditor # : 73<br>STATE OF ILLINIOIS<br>C/O GREG GRZESKIEWICZ<br>100 W. RANDOLPH ST. 12TH FLOOR<br>CHICAGO IL 60601 | J | ALLEGED CONSUMER FRAUD | | | X | Unknown |
| Account No:<br>Creditor # : 74<br>SUSAN ABERCROMBIE<br>1151 O'MALLEY DR.<br>LAKE ZURICH IL 60047 | J | | | | | $ 270.00 |
| Account No:<br>Creditor # : 75<br>SUSAN GALLAGHER<br>987 OAK KNOLL DR.<br>LAKE FOREST IL 60045 | J | | | | | $ 1,175.39 |
| Account No: **2690**<br>Creditor # : 76<br>TARGET<br>C/O RETAILER'S NATIONAL BANK<br>P.O. BOX 0102<br>MINNEAPOLIS MN 55440-0102 | J | BILL FOR MERCHANDISE | | | | $ 198.00 |

Sheet No. _13_ of _15_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ (Total of this page)          2,143.39
Total $
(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re LARSON, BARBARA AND JAMES and LARSON, JAMES M. _____ / Debtor       Case No. _____
                                                                                        (if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including Zip Code | C o d e b t o r | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H—Husband W—Wife J—Joint C—Community | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:<br><br>*Representing:*<br>TARGET | | CHASE RECEIVABLES<br>1247 BROADWAY<br>SONOMA CA 95476 | | | | |
| Account No:<br><br>*Creditor # : 77*<br>TERESA WALDSCHMIDT<br>547 DYMOND<br>LIBERTYVILLE IL 60048 | J | | | | | $ 466.54 |
| Account No:  0000<br><br>*Creditor # : 78*<br>VERIZON WIRELESS<br>NES-NATIONAL ENTERPRISE SYSTEM<br>777 BIG TIMBER RD<br>ELGIN IL 60123.1488 | J | CELL PHONE | | | | $ 1,500.00 |
| Account No:<br><br>*Representing:*<br>VERIZON WIRELESS | | NES<br>29125 SOLON RD.<br>SOLON OH 44139 | | | | |
| Account No:  8732<br><br>*Creditor # : 79*<br>VERIZON WIRELESS<br>ALLIED INTERSTATE<br>777 BIG TIMBER RD<br>ELGIN IL 60123.1488 | J | COLLECTION ACCOUNT | | | | $ 830.00 |
| Account No:<br><br>*Representing:*<br>VERIZON WIRELESS | | ALLIED INTERSTATE<br>800 INTERCHANGE WESE<br>MINNEAPOLIS MN 55426 | | | | |

Sheet No. 14 of 15 continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $
(Total of this page)                    2,796.54

Total $
(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re _LARSON, BARBARA AND JAMES and LARSON, JAMES M._____ / Debtor      Case No._____

(If known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including Zip Code | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| **Account No:** *Creditor # : 80* *WESSBERG DEVLIN TRUST* *670 PARK DRIVE* *BARRINGTON IL 60010* | J | *judgment* | | | | $ 33,000.00 |
| **Account No:** *Representing:* *WESSBERG DEVLIN TRUST* | | *JAMES C. SIEBERT* *3325 N. ARLINGTON HEIGHTS ROAD #500* *ARLINGTON HEIGHT IL 60004* | | | | |
| **Account No:** *Creditor # : 81* *WILLIAM BILKEY & LUVY CHAN* | J | *CREDITOR* | | | | $ 474.05 |
| **Account No:** 4822 *Creditor # : 82* *WOMEN'S HEALTH SPECIALISTS* *1875 DEMPTER #245* *PARK RIDGE IL 60068* | J | *DOCTORS BILLS* | | | | $ 71.00 |
| **Account No:** *Creditor # : 83* *WORLDCOM WIRELESS* *P.O. BOX 5211* *NEW YORK* *NY 10087-5211* | J | *CELL PHONE* | | | | $ 425.00 |
| **Account No:** *Representing:* *WORLDCOM WIRELESS* | | *G C SERVICES LTD* *4777 HILTON CORPORATE DRIVE* *COLUMBUS OH 43232* | | | | |

Sheet No. _15_ of _15_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ — 33,970.05
(Total of this page)

Total $ — 298,275.32
(Report total also on Summary of Schedules)

FORM B6G (10/89) West Group, Rochester, NY

In re _LARSON, BARBARA AND JAMES and LARSON, JAMES M._ _____ / Debtor      Case No. _____

# SCHEDULE G-EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.
State nature of debtor's interests in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.

NOTE: A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of
   creditors.

☒ Check this box if the debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether Lease is for Nonresidential Real Property. State Contract Number of any Government Contract. |
|---|---|
| | |

FORM B6H (6/90) West Group, Rochester, NY

In re **_LARSON, BARBARA AND JAMES and LARSON, JAMES M._** _____ / Debtor   Case No. _____
(if known)

## SCHEDULE H-CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☒ Check this box if the debtor has no codebtors.

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
|  |  |

FORM B6I (12/03) West Group, Rochester, NY

In re *LARSON, BARBARA AND JAMES* and *LARSON, JAMES M.* _____ / Debtor    Case No. _____

(if known)

# SCHEDULE I-CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| *Married* | RELATIONSHIP | AGE |
| | *DAUGHTER* | *22* |
| | *SON* | *20* |
| | *SON* | *18* |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | *SALES* | *CARPENTER* |
| Name of Employer | *JACOBSON ELECTRIC* | *BRAND SCAFFOLDING* |
| How Long Employed | *6 MONTHS* | *3 YEARS* |
| Address of Employer | *1035 LAKE COOK ROAD* *WHEELING IL  60090* | *15450 s. outer highway* *SUITE 278* *CHESTERFIELD MO  63071* |

| Income: (Estimate of average monthly income) | DEBTOR | SPOUSE |
|---|---|---|
| Current Monthly gross wages, salary, and commissions (pro rate if not paid monthly) | $ 1,560.00 | $ 5,546.67 |
| Estimated Monthly Overtime | $ 0.00 | $ 0.00 |
| SUBTOTAL | $ 1,560.00 | $ 5,546.67 |
| LESS PAYROLL DEDUCTIONS | | |
| a. Payroll Taxes and Social Security | $ 325.00 | $ 996.67 |
| b. Insurance | $ 0.00 | $ 0.00 |
| c. Union Dues | $ 0.00 | $ 216.67 |
| d. Other (Specify) | $ 0.00 | $ 0.00 |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ 325.00 | $ 1,213.33 |
| TOTAL NET MONTHLY TAKE HOME PAY | $ 1,235.00 | $ 4,333.33 |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ 0.00 | $ 0.00 |
| Income from Real Property | $ 0.00 | $ 0.00 |
| Interest and dividends | $ 0.00 | $ 0.00 |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ 0.00 | $ 0.00 |
| Social Security or other government assistance Specify: | $ 0.00 | $ 0.00 |
| Pension or retirement income | $ 0.00 | $ 0.00 |
| Other monthly income Specify: *COMMISSIONS* | $ 500.00 | $ 0.00 |
| TOTAL MONTHLY INCOME | $ 1,735.00 | $ 4,333.33 |
| TOTAL COMBINED MONTHLY INCOME       $ _____ 6,068.33 | | |
| (Report also on Summary of Schedules) | | |

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

FORM B6J (6/90) West Group, Rochester, NY

In re **LARSON, BARBARA AND JAMES and LARSON, JAMES M.** _____ / Debtor     Case No. _____
                                                                                                (if known)

# SCHEDULE J-CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR

Complete this schedule by estimating the average expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| Rent or home mortgage payment (include lot rented for mobile home) | $ 1,200.00 |
| Are real estate taxes included?   Yes ☐   No ☒ | |
| Is property insurance included?   Yes ☐   No ☒ | |
| Utilities: Electricity and heating fuel | $ 250.00 |
|   Water and sewer | $ 25.00 |
|   Telephone | $ 100.00 |
|   Other   **CELL PHONE** | $ 200.00 |
|   Other   **GaRBAGE** | $ 36.00 |
| Home maintenance (Repairs and upkeep) | $ 200.00 |
| Food | $ 800.00 |
| Clothing | $ 300.00 |
| Laundry and dry cleaning | $ 100.00 |
| Medical and dental expenses | $ 100.00 |
| Transportation (not including car payments) | $ 400.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 100.00 |
| Charitable contributions | $ 0.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | |
|   Homeowner's or renter's | $ 0.00 |
|   Life | $ 0.00 |
|   Health | $ 0.00 |
|   Auto | $ 500.00 |
|   Other | $ 0.00 |
| Taxes (not deducted from wages or included in home mortgage) | |
| Specify: | $ 0.00 |
| Installment payments: (in chapter 12 and 13 cases, do not list payments to be included in the plan) | |
|   Auto | $ 300.00 |
|   Other:   **2ND MORTGAGE** | $ 600.00 |
|   Other:   **STUDENT LOANS** | $ 200.00 |
| Alimony, maintenance, and support paid to others | $ 0.00 |
| Payments for support of additional dependents not living at your home | $ 0.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ 0.00 |
| Other:   **PERSONAL ITEMS & GROOMING** | $ 300.00 |
| Other:   **TUITION** | $ 800.00 |
| **TOTAL MONTHLY EXPENSES**     (Report also on Summary of Schedules) | $ 6,511.00 |

West Group, Rochester, NY

# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re  **LARSON, BARBARA AND JAMES**
    **and**
    **LARSON, JAMES M.**

Case No.
Chapter:  **7**

_____/Debtor(s)

Attorney For Debtor:  **MICHAEL R. RICHMOND**

## LIST OF CREDITORS

| # | CREDITOR | CLAIM AND SECURITY | C D S U | CLAIM AMOUNT |
|---|----------|--------------------|---------|--------------|
| 1 | ALBERT WESSBERG<br>670 PARK DRIVE<br>BARRINGTON, IL 60010 | judgment | | $ 33,000.00 |
| 2 | AMERICAN GENERAL FINANCE<br>969 S. ELMHURST RD<br>UNIT B<br>DES PLAINES, IL 60016-5606 | AMOUNT PAST DUE | | $ 3,465.00 |
| 3 | American Recovery Systems<br>HARRIS PUBLISHING<br>8501 W. HIGGINGS RD.Suite 780<br>Chicago, IL 60631 | COLLECTION ACCOUNT | | $ 96.91 |
| 4 | AMEX | CREDIT CARD | | $ 3.00 |
| 5 | AT&T BROADBAND<br>4501 W. IRVING PARK ROAD<br>CHICAGO, IL 60641 | telephone bill | | $ 166.00 |
| 6 | BARBARA CRAIG<br>10 HAWLEY CT.<br>GRAYSLAKE, IL 60030 | | | $ 200.56 |
| 7 | BARBARA DEVLIN<br>670 PARK DRIVE<br>BARRINGTON, IL 60010 | judgment | | $ 33,000.00 |
| 8 | BLESSINGS HOSPITAL<br>P.O. BOX 7005<br>QUINCY, IL 62305 | HOSPITAL BILLS | | $ 109.00 |

West Group, Rochester, NY

# LIST OF CREDITORS
(Continuation Sheet)

| # | CREDITOR | CLAIM AND SECURITY | C D S U | CLAIM AMOUNT |
|---|----------|--------------------|---------|--------------|
| 9 | BOB RUSH<br>129 MONUMENT AVE.<br>BARRINGTON, IL  60010 | CREDITOR | | $ 193.05 |
| 10 | CENTEGRA PRIMARY CARE<br>ACC BLDG<br>919 ESTES COURT<br>SCHAUMBURG, IL  60193-4427 | COLLECTION ACCOUNT | | $ 115.00 |
| 11 | LMG FAMILY  DOCTORS<br>2322 N. GREEN BAY RD.<br>WAUKEGAN, IL  60087-4209 | COLLECTION ACCOUNT | | $ 155.00 |
| 12 | LAKELAND SEPTIC SERVICES<br>P.O. BOX 1777<br>WAUKEGAN, IL  60079 | BILL FOR SERVICES | | $ 200.00 |
| 13 | North SUBURBAN ENDODONTICS<br>P.O. BOX 177<br>WAUKEGAN, IL    60079-017 | COLLECTION ACCOUNT | | $ 64.00 |
| 14 | AMERICAN FAMILY INSURANCE<br>TWO WELLS AVE<br>NEWTON , MA  02459 | COLLECTION ACCOUNT | | $ 51.00 |
| 15 | CAPITAL ONE SERVICES<br>P.O. BOX 85147<br>RICHMOND, VA  23276 | CREDIT CARD | | $ 1,000.00 |
| 16 | CHARIS WILCOX<br>7414 BITTERSWEET DR.<br>GURNEE, IL  60031 | CREDITOR | | $ 410.00 |
| 17 | CHARLOTTE ZIMMERMAN<br>511 SANDY LANE<br>LIBERTYVILLE, IL  60048 | CREDITOR | | $ 150.69 |
| 18 | CHARLOTTE ZIMMERMAN<br>511 SANDY LANE<br>LIBERTYVILLE, IL  60048 | CREDITOR | | $ 150.69 |
| 19 | CHRIS STEIN<br>817 BEDFORD LN<br>LIBERTYVILLE, IL  60048 | | | $ 319.61 |

West Group, Rochester, NY

# LIST OF CREDITORS
(Continuation Sheet)

| # | CREDITOR | CLAIM AND SECURITY | C D S U | CLAIM AMOUNT |
|---|----------|--------------------|---------|--------------|
| 20 | CHRISTINE CARR | | | $ 61.13 |
| 21 | CITI CARD<br>P.O. BOX 6409<br>THE LAKES, NV  88901 | CREDIT CARD | | $ 8,000.00 |
| 22 | CITIBANK<br>P.O. BOX 6500<br>SIOUX FALLS, SD  57117-6500 | CREDIT CARD | | $ 7,957.00 |
| 23 | CITIFINANCIAL MORTGAGE COMPANY<br>21044-3561<br>IRVING, TX  75062 | 2ND MORTGAGE | | $ 52,288.00 |
| 24 | CLAUDE KOSZTA<br>23033 SCHWARMAN RD.<br>MUNDELEIN , IL  60060 | CREDITOR | | $ 300.00 |
| 25 | ColleTTI PHYSICAL THERAPY<br>543 ORCHARD ST.<br>ANTIOCH, IL  60002 | DOCTORS BILLS | | $ 302.00 |
| 26 | COLUMBIA NATIONAL MORTG CO<br>10440 LITTLE PATUXENT PARKWAY<br>P.O. BOX 905<br>COLUMBIA, MO  21044 | Mortgage | | $ 163,000.00 |
| 27 | AMERICAN FAMILY INSURANCE<br>TWO WELLS AVE<br>NEWTON, MA  02459 | COLLECTION ACCOUNT | | $ 51.00 |
| 28 | CURT AEMISEGGER<br>217 PINEHURST RD.<br>MUNDELEIN , IL  60068 | | | $ 96.47 |
| 29 | DALE & LAURA TEBBE<br>749 AURUBURN<br>LINDENHURST, IL    60046 | | | $ 584.30 |
| 30 | DAN KIPKER<br>219 WOODLAWN DRV.<br>MUNDELEIN , IL  60010 | | | $ 361.14 |

West Group, Rochester, NY

# LIST OF CREDITORS
### (Continuation Sheet)

| # | CREDITOR | CLAIM AND SECURITY | C D S U | CLAIM AMOUNT |
|---|---|---|---|---|
| 31 | ELEANOR LARSON<br>1380 PAULY DR.<br>GURNEE, , IL  60035 | PERSONAL LOAN | | $ 70,000.00 |
| 32 | EVAN NOSEK<br>340 S. MADISON AVE<br>LAGRANGE, IL  60525 | PERSONAL LOAN | | $ 40,000.00 |
| 33 | FRANK FURCH<br>26884 N. MAPLE<br>MUNDELEIN , IL  60060 | CREDITOR | | $ 104.40 |
| 34 | HAROLD ANAGNOS<br>4613 FOREST WAY<br>LONG GROVE, IL  60068 | | | $ 118.92 |
| 35 | HOUSEHOLD FINANCE<br>N C B MANAGEMENT SERVICES, INC<br>P.O. BOX 1878<br>CAROL STREAM, IL  60128-0001 | COLLECTION ACCOUNT | | $ 7,671.00 |
| 36 | ILL. BONE & JOINT CENTER FOR O<br>135 S. LASALLE DPT 1052<br>CHICAGO, IL  60674-1052 | DOCTORS BILLS | | $ 38.00 |
| 37 | JAMES GARRISON<br>145 S. MIDLAND<br>MUNDELEIN , IL  60060 | | | $ 246.68 |
| 38 | JAMES LEFAVE<br>4145 RFD<br>LONG GROVE, IL  60047 | | | $ 650.00 |
| 39 | JEANINE MURRAY<br>839 WARWICK<br>LAKE ZURICH, IL  60047 | CREDITOR | | $ 61.13 |
| 40 | JEFF DEFREESE<br>1407 STEVENSON DR.<br>LIBERTYVILLE, IL  60048 | | | $ 650.00 |
| 41 | JIM ELLIS<br>2147 SILVER LINDEN LN<br>BUFFALO GROVE, IL  60089 | CREDITOR | | $ 117.98 |

West Group, Rochester, NY

# LIST OF CREDITORS
(Continuation Sheet)

| # | CREDITOR | CLAIM AND SECURITY | C D S U | CLAIM AMOUNT |
|---|----------|--------------------|---------|--------------|
| 42 | JODY DEACETIS<br>157 KINGHTS BRIDGE DR.<br>MANDELEIN, IL 60060 | | | $ 229.80 |
| 43 | JOHN & PAT HALVORSEN<br>39535 DILLYS RD.<br>WADSWORTH, IL 60083 | PERSONAL LOAN | | $ 1,018.00 |
| 44 | KAREN MCNAMEE<br>128 S. MICHAEL AVE<br>MANDELEIN, IL 60060 | CREDITOR | | $ 200.00 |
| 45 | KAREN MCNAMEE<br>128 S. MICHAEL AVE.<br>MUNDELEIN , IL 60060 | CREDITOR | | $ 200.00 |
| 46 | KATIE RINGER<br>845 SUMMIT CT<br>LAKE VILLAGE, IL 60046 | CREDITOR | | $ 293.87 |
| 47 | KEVIN L. STRING CO.<br>P.O. BOX 221406<br>CLEVELAND, OH 44122 | COLLECTION ACCOUNT | | $ 69.00 |
| 48 | KIRPATRICK & DAHL PC<br>360 LAKE STREET<br>ANTIOCH, IL 60002 | AMOUNT PAST DUE | | $ 638.00 |
| 49 | KOHL'S<br>P.O. BOX 2983<br>MILWAUKEE, WI 53201-2983 | AMOUNT PAST DUE | | $ 400.00 |
| 50 | LADCO LEASING<br>555 ST. CHARLES DR.<br>SUITE 200<br>THOUSAND OAKS, CA 60000 | AMOUNT PAST DUE | | $ 459.00 |
| 51 | LAURA MARVELL<br>321 AMBRIA DR.<br>MUNDELEIN , IL 60060 | | | $ 49.28 |
| 52 | MADONA J. HEINZ<br>555 CRYSTAL PLACE<br>GURNEE, IL 60031 | | | $ 397.58 |

West Group, Rochester, NY

# LIST OF CREDITORS
### (Continuation Sheet)

| # | CREDITOR | CLAIM AND SECURITY | C D S U | CLAIM AMOUNT |
|---|----------|--------------------|---------|--------------|
| 53 | MAGGY MASTERSON<br>421 E. MAPLE<br>MUNDELEIN , IL  60060 | | | $ 196.27 |
| 54 | MARY HAAS<br>285 BINGHAM CIRCLE<br>MUNDELEIN , IL  60010 | | | $ 80.00 |
| 55 | Mazda American Credit<br>Dept. 5560701<br>P.O. Box 55000<br>Detroit, MI  48255-0607 | AUTO LOAN | | $ 4,017.00 |
| 56 | MCI WORLD COM<br>P.O. 4600<br>IOWA CITY, IO  52244-4600 | AMOUNT PAST DUE | | $ 400.00 |
| 57 | MITCHELL HESTER<br>2306 YEOMAN<br>WAUKEGAN, IL  60087-4209 | CREDITOR | | $ 521.15 |
| 58 | MUNDELIEN CURRENCY EXCHANGE, I<br>366 TOWN LINE RD<br>MUNDELEIN , IL  60060 | judgment | | $ 6,000.00 |
| 59 | OPEX COMMUNICATIONS<br>P.O. BOX 94030<br>PALANTINE, IL  60094-4030 | AMOUNT PAST DUE | | $ 135.00 |
| 60 | PaM SNELL & TRAVEIRNE<br>21 ROLLINS RD.<br>FOX LAKE, IL  60020 | AMOUNT PAST DUE | | $ 1,800.00 |
| 61 | QUORUM INTERNATIONAL<br>P.O. BOX 961008<br>FORT WORTH, TEXAS  76106 | AMOUNT PAST DUE | | $ 10,000.00 |
| 62 | REALTY WORLD TIFFANY REAL EST.<br>549 LAKE ST.<br>ANTIOCH, IL  60002 | AMOUNT PAST DUE | | $ 3,000.00 |
| 63 | Robert B. MILLER<br>1308 CANTEBURY CIRCLE<br>LIBERTYVILLE, IL  60048 | | | $ 279.71 |

West Group, Rochester, NY

## LIST OF CREDITORS
### (Continuation Sheet)

| # | CREDITOR | CLAIM AND SECURITY | C D S U | CLAIM AMOUNT |
|---|----------|--------------------|---------|--------------|
| 64 | Robert BERG<br>39188 N. CEDAR CREST DR.<br>LAKE VILLAGE, IL  60064 | | | $ 1,046.73 |
| 65 | SALLIE MAE<br>PO BOX 309<br>LAWRENCE, KS  66044-0309 | Student Loan | | $ 12,587.00 |
| 66 | SANDRA GRUBER<br>640 E. STARK DR.<br>PALANTINE, IL  60074 | | | $ 128.65 |
| 67 | SANDRA WOLF | | | $ 65.24 |
| 68 | SEARS<br>BANKRUPTCY MNGMT SERVICES<br>P.O. BOX 3671<br>DES MOINES, IA  50322 | CREDIT CARD | | $ 3,739.00 |
| 69 | SEARS<br>BANKRUPTCY MNGMT SERVICES<br>P.O. BOX 3671<br>DES MOINES, IA  50322 | COLLECTION ACCOUNT | | $ 4,354.00 |
| 70 | SEARS<br>BANKRUPTCY MNGMT SERVICES<br>P.O. BOX 3671<br>DES MOINES, IA  50322 | COLLECTION ACCOUNT | | $ 400.00 |
| 71 | SerTIFIED SERVICES INC.<br>LAKELAND SEPTIC SERVICES<br>P.O. BOX 1777<br>WAUKEGAN, IL  60079 | AMOUNT PAST DUE | | $ 200.00 |
| 72 | SHARON WISNIEWSKI | CREDITOR | | $ 128.70 |
| 73 | SHARON WISNIEWSKI | | | $ 128.70 |
| 74 | SIU PHYSICIANS<br>P.O. BOX 19651<br>SPRINGFIELD, IL  62794-9561 | DOCTORS BILLS | | $ 500.00 |

West Group, Rochester, NY

## LIST OF CREDITORS
### (Continuation Sheet)

| # | CREDITOR | CLAIM AND SECURITY | C D S U | CLAIM AMOUNT |
|---|----------|--------------------|---------|--------------|
| 75 | ST. MARY OF NAZARETH HOSPITAL CENTER 2233 W. DIVISION ST. CHICAGO, IL 60622 | HOSPITAL BILLS | | Unknown |
| 76 | STATE OF ILLINIOIS C/O GREG GRZESKIEWICZ 100 W. RANDOLPH ST. 12TH FLOOR CHICAGO, IL 60601 | ALLEGED CONSUMER FRAUD | D | Unknown |
| 77 | SUSAN ABERCROMBIE 1151 O'MALLEY DR. LAKE ZURICH, IL 60047 | | | $ 270.00 |
| 78 | SUSAN GALLAGHER 987 OAK KNOLL DR. LAKE FOREST, IL 60045 | | | $ 1,175.39 |
| 79 | TARGET C/O RETAILER'S NATIONAL BANK P.O. BOX 0102 MINNEAPOLIS, MN 55440-0102 | BILL FOR MERCHANDISE | | $ 198.00 |
| 80 | TERESA WALDSCHMIDT 547 DYMOND LIBERTYVILLE, IL 60048 | | | $ 466.54 |
| 81 | VERIZON WIRELESS ALLIED INTERSTATE 777 BIG TIMBER RD ELGIN, IL 60123.1488 | COLLECTION ACCOUNT | | $ 830.00 |
| 82 | VERIZON WIRELESS NES-NATIONAL ENTERPRISE SYSTEM 777 BIG TIMBER RD ELGIN, IL 60123.1488 | CELL PHONE | | $ 1,500.00 |
| 83 | WESSBERG DEVLIN TRUST 670 PARK DRIVE BARRINGTON, IL 60010 | Judgment | | $ 33,000.00 |
| 84 | WILLIAM BILKEY & LUVY CHAN | CREDITOR | | $ 474.05 |
| 85 | WOMEN'S HEALTH SPECIALISTS 1875 DEMPTER #245 PARK RIDGE, IL 60068 | DOCTORS BILLS | | $ 71.00 |

West Group, Rochester, NY

# LIST OF CREDITORS
### (Continuation Sheet)

| # | CREDITOR | CLAIM AND SECURITY | C D S U | CLAIM AMOUNT |
|---|----------|--------------------|---------|--------------|
| 86 | WORLDCOM WIRELESS<br>P.O. BOX 5211<br>NEW YORK<br>NY, 10087-5211 | CELL PHONE | | $ 425.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re *LARSON, BARBARA AND JAMES*
  **and**
  *LARSON, JAMES M.*

_____ / Debtor

Case No.

Chapter  **7**

Attorney for Debtor:  **MICHAEL R. RICHMOND**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of our knowledge.

Date: *12/8/03* _____

/s/  *LARSON, BARBARA AND JAMES*
_____
Debtor

/s/  *LARSON, JAMES M.*
_____
Joint Debtor

ALBERT WESSBERG
670 PARK DRIVE
BARRINGTON, IL  60010

ALLIED INTERSTATE
800 INTERCHANGE WESE
MINNEAPOLIS, MN  55426

AMERICAN GENERAL FINANCE
969 S. ELMHURST RD
UNIT B
DES PLAINES, IL  60016-5606

American Recovery Systems
HARRIS PUBLISHING
8501 W. HIGGINGS RD.Suite 780
Chicago, IL  60631

AMEX

AT&T BROADBAND
4501 W. IRVING PARK ROAD
CHICAGO, IL  60641

BARBARA CRAIG
10 HAWLEY CT.
GRAYSLAKE, IL  60030

BARBARA DEVLIN
670 PARK DRIVE
BARRINGTON, IL  60010

BLESSINGS HOSPITAL
P.O. BOX 7005
QUINCY, IL  62305

BOB RUSH
129 MONUMENT AVE.
BARRINGTON, IL  60010

CENTEGRA PRIMARY CARE
ACC BLDG
919 ESTES COURT
SCHAUMBURG, IL  60193-4427

LMG FAMILY  DOCTORS
2322 N. GREEN BAY RD.
WAUKEGAN, IL  60087-4209

LAKELAND SEPTIC SERVICES
P.O. BOX 1777
WAUKEGAN, IL  60079

North SUBURBAN ENDODONTICS
P.O. BOX 177
WAUKEGAN, IL   60079-017

AMERICAN FAMILY INSURANCE
TWO WELLS AVE
NEWTON , MA  02459

CAPITAL ONE SERVICES
P.O. BOX 85147
RICHMOND, VA  23276

CHARIS WILCOX
7414 BITTERSWEET DR.
GURNEE, IL  60031

CHARLOTTE ZIMMERMAN
511 SANDY LANE
LIBERTYVILLE, IL  60048

CHASE RECEIVABLES
1247 BROADWAY
SONOMA, CA  95476

CHRIS STEIN
817 BEDFORD LN
LIBERTYVILLE, IL  60048

CHRISTINE CARR

CITI CARD
P.O. BOX 6409
THE LAKES, NV  88901

CITIBANK
P.O. BOX 6500
SIOUX FALLS, SD  57117-6500

CITIFINANCIAL MORTGAGE COMPANY
21044-3561
IRVING, TX  75062

CLAUDE KOSZTA
23033 SCHWARMAN RD.
MUNDELEIN , IL  60060

CODILIS & ASSOCIATES P.C.
7955 S. CASS AVE.
#114
DARIEN, IL  60561

ColleTTI PHYSICAL THERAPY
543 ORCHARD ST.
ANTIOCH, IL  60002

COLUMBIA NATIONAL MORTG CO
10440 LITTLE PATUXENT PARKWAY
P.O. BOX 905
COLUMBIA, MO  21044

AMERICAN FAMILY INSURANCE
TWO WELLS AVE
NEWTON, MA  02459

CURT AEMISEGGER
217 PINEHURST RD.
MUNDELEIN , IL  60068

DALE & LAURA TEBBE
749 AURUBURN
LINDENHURST, IL   60046

DAN KIPKER
219 WOODLAWN DRV.
MUNDELEIN , IL  60010

DAVID J. AXELROD & ASSOCIATES
1448 OLD SKOKIE RD.
HIGHLAND  PARK, IL  60035

ELEANOR LARSON
1380 PAULY DR.
GURNEE, , IL  60035

EVAN NOSEK
340 S. MADISON AVE
LAGRANGE, IL  60525

FRANK FURCH
26884 N. MAPLE
MUNDELEIN , IL  60060

G C SERVICES LTD
4777 HILTON CORPORATE DRIVE
COLUMBUS, OH  43232

HAROLD ANAGNOS
4613 FOREST WAY
LONG GROVE, IL  60068

HOUSEHOLD FINANCE
N C B MANAGEMENT SERVICES, INC
P.O. BOX 1878
CAROL STREAM, IL  60128-0001

ILL. BONE & JOINT CENTER FOR O
135 S. LASALLE DPT 1052
CHICAG0, IL  60674-1052

JAMES C. SIEBERT
3325 N. ARLINGTON HEIGHTS ROAD
#500
ARLINGTON HEIGHT, IL  60004

JAMES GARRISON
145 S. MIDLAND
MUNDELEIN , IL  60060

JAMES LEFAVE
4145 RFD
LONG GROVE, IL  60047

JEANINE MURRAY
839 WARWICK
LAKE ZURICH, IL  60047

JEFF DEFREESE
1407 STEVENSON DR.
LIBERTYVILLE, IL  60048

JIM ELLIS
2147 SILVER LINDEN LN
BUFFALO GROVE, IL  60089

JODY DEACETIS
157 KINGHTS BRIDGE DR.
MANDELEIN, IL  60060

JOHN & PAT HALVORSEN
39535 DILLYS RD.
WADSWORTH, IL  60083

KAREN MCNAMEE
128 S. MICHAEL AVE.
MUNDELEIN , IL  60060

KAREN MCNAMEE
128 S. MICHAEL AVE
MANDELEIN, IL  60060

KATIE RINGER
845 SUMMIT CT
LAKE VILLAGE, IL  60046

KEVIN L. STRING CO.
P.O. BOX 221406
 CLEVELAND, OH  44122

KIRPATRICK & DAHL PC
360 LAKE STREET
ANTIOCH, IL  60002

KOHL'S
P.O. BOX 2983
MILWAUKEE, WI  53201-2983

LADCO LEASING
555 ST. CHARLES DR.
SUITE 200
THOUSAND OAKS, CA  60000

LARSON, BARBARA AND JAMES
23761 W. LAKE VISTA AVE.
ANTIOCH, IL  60002

LARSON, JAMES M.
23761 W. LAKE VISTA AVE.
ANTIOCH, IL  60002

LAURA MARVELL
321 AMBRIA DR.
MUNDELEIN , IL  60060

MADONA J. HEINZ
555 CRYSTAL PLACE
GURNEE, IL  60031

MAGGY MASTERSON
421 E. MAPLE
MUNDELEIN , IL  60060

MARY HAAS
285 BINGHAM CIRCLE
MUNDELEIN , IL  60010

Mazda American Credit
Dept. 5560701
P.O. Box 55000
Detroit, MI  48255-0607

MCI WORLD COM
P.O. 4600
IOWA CITY, IO  52244-4600

MICHAEL R. RICHMOND
33 NORTH DEARBORN STREET
SUITE 1600
CHICAGO, IL  60602

MITCHELL HESTER
2306 YEOMAN
WAUKEGAN, IL  60087-4209

MRS ASSOCIATES
3 EXECUTIVE CAMPUS
SUITE 400
CHERRY HILL, NJ  08002

MUNDELIEN CURRENCY EXCHANGE, I
366 TOWN LINE RD
MUNDELEIN , IL  60060

NCB MANAGEMENT SERVIES INC.
P.O. BOX 1099
LONGHORN, PA  19047-9109

NES
29125 SOLON RD.
SOLON, OH  44139

OPEX COMMUNICATIONS
P.O. BOX 94030
PALANTINE, IL  60094-4030

PaM SNELL & TRAVEIRNE
21 ROLLINS RD.
FOX LAKE, IL  60020

QUORUM INTERNATIONAL
P.O. BOX 961008
FORT WORTH, TEXAS  76106

REALTY WORLD TIFFANY REAL EST.
549 LAKE ST.
ANTIOCH, IL  60002

Robert B. MILLER
1308 CANTEBURY CIRCLE
LIBERTYVILLE, IL  60048

Robert BERG
39188 N. CEDAR CREST DR.
LAKE VILLAGE, IL  60064

SALLIE MAE
PO BOX 309
LAWRENCE, KS  66044-0309

SANDRA GRUBER
640 E. STARK DR.
PALANTINE, IL  60074

SANDRA WOLF

SEARS
BANKRUPTCY MNGMT SERVICES
P.O. BOX 3671
DES MOINES, IA  50322

SerTIFIED SERVICES INC.
LAKELAND SEPTIC SERVICES
P.O. BOX 1777
WAUKEGAN, IL  60079

SHARON WISNIEWSKI

SHERMAN ACQUISITIONS
9700 DISSONNET
SUTIE 2000
HOUSTON, TX  77036

SIU PHYSICIANS
P.O. BOX 19651
SPRINGFIELD, IL  62794-9561

ST. MARY OF NAZARETH
HOSPITAL CENTER
2233 W. DIVISION ST.
CHICAGO, IL  60622

STATE OF ILLINIOIS
C/O GREG GRZESKIEWICZ
100 W. RANDOLPH ST. 12TH FLOOR
CHICAGO, IL  60601

SUSAN ABERCROMBIE
1151 O'MALLEY DR.
LAKE ZURICH, IL  60047

SUSAN GALLAGHER
987 OAK KNOLL DR.
LAKE FOREST, IL  60045

TARGET
C/O RETAILER'S NATIONAL BANK
P.O. BOX 0102
MINNEAPOLIS, MN  55440-0102

TERESA WALDSCHMIDT
547 DYMOND
LIBERTYVILLE, IL  60048

VERIZON WIRELESS
NES-NATIONAL ENTERPRISE SYSTEM
777 BIG TIMBER RD
ELGIN, IL  60123.1488

VERIZON WIRELESS
ALLIED INTERSTATE
777 BIG TIMBER RD
ELGIN, IL  60123.1488

WESSBERG DEVLIN TRUST
670 PARK DRIVE
BARRINGTON, IL  60010

WILLIAM BILKEY & LUVY CHAN

WOMEN'S HEALTH SPECIALISTS
1875 DEMPTER #245
PARK RIDGE, IL  60068

WORLDCOM WIRELESS
P.O. BOX 5211
NEW YORK
NY, 10087-5211

FORM B8 (12/03) West Group, Rochester, NY

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: *LARSON, BARBARA AND JAMES and LARSON, JAMES M.*

Case No.
Chapter 7

_____ / Debtor

## CHAPTER 7 STATEMENT OF INTENTION - JOINT DEBTS

1. I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2. I intend to do the following with respect to the property of the estate which secures those consumer debts:

**a.  Property to Be Surrendered.**

| Description of Property | Creditor's Name |
|---|---|
| HOME AT 23761 LAKE VISTA AVE ANTIOCH, IL " | COLUMBIA NATIONAL MORTG CO CITIFINANCIAL MORTGAGE COMPANY |

**b.  Property to Be Retained.**

[Check any applicable statement.]

| Description of Property | Creditor's Name | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|
| 1999 MAZDA 626 | Mazda American Credit | | | X |

### Signature of Debtor(s)

Date: 12/8/03

Debtor: /s/ LARSON, BARBARA AND JAMES

Date: 12/8/03

Joint Debtor: /s/ LARSON, JAMES M.

Form 7 (12/03) West Group, Rochester, NY

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re *LARSON, BARBARA AND JAMES*                                      Case No.
    *and*                                                                   Chapter  **7**
    *LARSON, JAMES M.*

_____ / Debtor

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1-18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19-25. If the answer to any question is "None," or the question is not applicable, mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

## DEFINITIONS

"In business." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

"Insider." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporation debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. §101.

**1. Income from employment or operation of business.**

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

__AMOUNT__                                              SOURCE (if more than one)

*Year to date: $61,500*                          *HUSBAND'S INCOME*
*(APPROX)*
   *Last Year: $78,502*
*Year before: $76,187*

*Year to date:*                                          *WIFE'S INCOME*
   *Last Year: 0*
*Year before:$8,475*